**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
ellis_johnston@fd.org

Attorneys for Defendant Mr. Luna

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**CRISTIAN LUNA,**<br>Defendant. | Case No. 07MJ8530<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: June 16, 2008

*s/ Ellis M. Johnston, III*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
ellis_johnston@fd.org

**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
ellis_johnston@fd.org

Attorneys for Mr. Luna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**CRISTIAN LUNA**,<br>Defendant. | Case No. 08mj8530<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov,

Dated: June 16, 2008

*s/ Ellis M. Johnston, III*
**ELLIS M. JOHNSTON III**
Federal Defenders of San Diego, Inc.
ellis_johnston@fd.org